UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :

                                         :    [~~Proposed~~]
          -v-                            :    ORDER OF RESTITUTION

WO KIT CHENG,                            :    19 Cr. 39 (JMF)

          Defendant.                     :

- - - - - - - - - - - - - - - - - - - - - x

Upon the application of the United States of America, by its attorney, GEOFFREY S. BERMAN, United States Attorney for the Southern District of New York, Elizabeth A. Espinosa and Ryan B. Finkel, Assistant United States Attorneys, of counsel; the presentence report; and the defendant's conviction in this case, it is hereby ORDERED that:

1. **Amount of Restitution.** WO KIT CHENG shall pay restitution in the total amount of $5,062,938.04 to the victims of the offense charged in the Indictment, 19 Cr. 39 (JMF). The names, addresses and specific amounts owed to the victims are set forth in the attached Schedule of Victims. Upon advice of a victim change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

2. **Joint and Several Liability.** The defendant's liability for restitution shall be joint and several with any

restitution ordered to be paid by Shui Ying Lin, a co-defendant in Case Number 19 Cr. 39 (JMF).

3. **Terms of Restitution.** The defendant's liability for restitution shall continue unabated until either the defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his or her loss from all the restitution paid by the defendants. No further payment shall be required after the sum of the amounts actually paid by the defendants has fully covered all the compensable injuries. Any payment made by the defendant shall be divided among the victims named in proportion to their compensable injuries.

4. **Payment Schedule.** The defendant shall make restitution to victims payable to the Clerk of Court, United States District Court on the schedule entered in the Court's judgment.

5. **Change of Address.** The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.

Dated: New York, New York
December 10, 2019

SO ORDERED:

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States of America | |
|---|---|
| v. | |
| WO KIT CHENG, | |
| Defendant. | |

**Schedule of Victims**

**19 Cr. 39 (JMF)**

| Name | Address | Amount of Restitution |
|---|---|---|
| NYC Dep't of Finance Office of the Sheriff Tobacco Tax Unit | 30-10 Starr Avenue, 2nd Floor Long Island City, NY 11101 | $928,545.00 |
| NYS Department of Taxation and Finance | 15 Metro Tech, 2nd Floor Brooklyn, NY 11201 ATTN: Agnes Francis | $3,509,172.74 |
| US Customs and Border Protection | | $625,220.30 |
| **Total** | | $5,062,938.04 |